**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

BIG WILL ENTERPRISES INC.

            Plaintiff,

v.

FROTCOM INTERNATIONAL, S.A.

            Defendant.

Civil Action File No.: 1:25-cv-01929

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Frotcom International, S.A. ("Frotcom" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents: 10,521,846 ("the '846 Patent"); 9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); and 8,452,273 ("the '273 Patent"). Copies of the '846 Patent, the '558 Patent, the '951 Patent and the '273 Patent are attached as Exhibits 1-4.

1

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses. BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities. The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired. BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users. BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human. A smart phone may be in a user's pocket, purse or backpack, for example

and in no particular orientation. U.S. 8,452,273 cols. 1-3. Prior to the '273 Patent, there was no effective answer for this problem. BWE's sensor monitoring, processing and communication technology is covered by the claims of the '846, '558, '951, and the '273 Patents asserted in this action, as well as other BWE patents.

## JURISDICTION AND VENUE

### 4.

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

### 5.

Upon information and belief, Defendant Frotcom International, S.A. is a Sociedade Anónima corporation organized under the laws Portugal, having its headquarters at Avenida do Forte, Nº 6 - Edifício Ramazzotti, Piso 3, P2.3. 2790-072 Carnaxide - Oeiras, Portugal. Frotcom may be served this Complaint by service in accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("The Hague Service Convention"). Fed. R. Civ. P. 4(h)(2).

### 6.

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-285, among others. This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

### 7.

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion

of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

**8.**

On information and belief, Defendant's products and services are offered for sale and sold to customers residing in this State and District. Defendants also provide an online presence under the name Frotcom.com which is available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information and belief, Defendants have had continuous and systematic contacts with this State and District, including sales to customers residing in this State and District.

**9.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §1391(c)(3) in that Defendant is not resident in the United States. Venue is appropriate in this judicial district and division pursuant to 28 U.S.C. §1400(b) in that, upon information and belief, Defendant routinely does business within this district, has committed acts of infringement within this district, and continues to commit acts of infringement within this district.

**ALLEGATIONS COMMON TO ALL COUNTS**

**10.**

Plaintiff ("BWE") owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 10,521,846, entitled "Targeted advertisement selection for a wireless communication device (WCD)," issued on December 31, 2019; United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent No. 8,737,951, entitled

"Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; and United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013.

**11.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses.  These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users.  BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today.  In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**12.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '846 Patent, '558 Patent, the '951 Patent and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Defendant is a technology company in the business of designing, manufacturing, and supplying. on a world-wide basis, fleet management and safety solutions.  In particular, Frotcom International, S.A. designs, manufactures and imports into the United States vehicle telematics systems including onboard tracking units and plug-and-play OBD devices ("C4OBD") that capture real-time motion and engine data identify acceleration, braking, cornering, collisions, and other driver-behavior events.

> "With Frotcom, you can track all your vehicles 24 hours a day, with positions and sensor data received in real time.  Moreover, Frotcom has numerous add-ons that include a full set of alarms and reports, workforce management, driving behavior, cost management, fuel control and automatic driver identification, among many others." [https://www.frotcom.com/features/vehicle-tracking-and-sensor-monitoring.]
>
> "At predetermined intervals – every minute, for example – the tracking device registers and sends GPS, ignition, sensor and CANBus data to the Frotcom Data Center, using GPRS communications (included).
>
> Data received at the Frotcom Data Center is immediately registered and processed. Data is also scanned for possible alarm situations.
>
> A set of reports (and the frequency at which they are generated) is defined for each user. Users will receive the requested reports by email based on these parameters."



 

**15.**

Frotcom's telematics and video-analytics systems incorporate onboard motion sensors and embedded algorithms for detecting, classifying, and communicating driver behaviors and accident conditions.  Frotcom's integrated platform further supports AI-assisted dash cameras and third-party camera integrations (e.g., Garmin) that record and transmit event-linked video to its cloud portal for accident verification and behavioral analysis.  These systems process synchronized GPS, accelerometer, and diagnostic data to classify motion behavior and reconstruct vehicle activity before and after detected incidents.

## COUNT I

## DIRECT INFRINGEMENT OF THE '846 PATENT

**16.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

**17.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '846 Patent, through, among other activities, making, using, and incorporating into Defendant's telematic systems automatic programs for monitoring human activities while driving.

**18.**

Independent Claim 1 of the '846 Patent, shown in italics, recites:

> *1. A method for use in connection with a wireless communication device (WCD) transported by a mobile thing (MT), the WCD having a computer architecture that has access to a memory, comprising: determining a mobile*

> *thing motion activity (MTMA) associated with the MT that is transporting the WCD based at least in part upon sensor data, the sensor data derived from one or more sensors associated with the WCD,*

Frotcom's telematics and video-telematics solutions qualify as wireless communications devices comprising one or more memory components configured to store executable computer program code and one or more processors configured to execute that code. This hardware configuration supports vehicle-integrated telematics and safety operations, providing the computational foundation for event detection, data communication, and control functions. The TCU/OBU incorporates embedded logic for processing motion-related data derived from integrated accelerometers and orientation sensors, as well as from vehicle-connected sources via the CAN-Bus interface. These sensing and processing subsystems enable continuous data acquisition and analysis for event detection, motion evaluation, and automated alert generation within the telematics framework. The memory and processor components are integral to the TCU/OBU's ability to collect, interpret, and wirelessly transmit motion and event data in real time, forming the basis of its embedded safety and communication platform. Public documentation for Frotcom's telematics and video-telematics systems confirms the integration of LTE and GNSS communication modules with onboard processors and persistent memory operating under a Linux-based embedded environment. These systems perform localized motion processing, event recognition, and real-time transmission of operational and safety data, consistent with the claimed functionality for wireless-enabled telematics architectures within Frotcom's platform.

> *the one or more sensors measuring physical movement of the WCD in three dimensional space and producing data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;*

Frotcom's telematics and video-telematics solutions include programmed instructions configured to generate data from one or more onboard sensors, including integrated accelerometers, impact sensors, and roll sensors. These sensors continuously monitor vehicle motion characteristics, such as acceleration variation, tilt behavior, and angular orientation, throughout vehicle operation. The resulting real-time motion data reflects dynamic vehicle conditions and supports the detection of motion events, including collisions, directional impacts, and stability disturbances. This sensor-derived data represents the physical forces acting on the vehicle, enabling the system to evaluate motion states associated with safety incidents and driver behavior. Public documentation for Frotcom's telematics systems confirms that the company's OBU/TCU platforms—developed within embedded Linux-based environments—employ multi-sensor architectures integrated through CAN-Bus connectivity for continuous data acquisition, real-time processing, and motion-event interpretation. These capabilities align with the claimed functionality for onboard motion sensing and safety-related data generation within Frotcom's telematics framework.

> *selecting an advertisement based at least in part upon the determined MTMA; causing the advertisement to be communicated to the WCD; and*

The Frotcom Telematic Control Unit (TCU/OBU), when integrated within a broader telematics or infotainment architecture, executes programmed logic configured to select driver-targeted advertising content based, at least in part, on behavioral data derived from motion analysis. The logic processes continuous input from onboard multi-axis accelerometers and gyroscopes to identify driving activities such as acceleration, braking, and other motion patterns used in eco-driving assessment and driver-feedback functions. The resulting behavioral insights inform the system's selection of contextually relevant advertisements or informational messages, including those related to safety performance, fuel efficiency, or driver coaching. Once selected, the advertisement is delivered through the connected infotainment or telematics interface, enabling

personalized, real-time messaging derived from motion-based behavioral analytics within Frotcom's connected telematics ecosystem and, where applicable, third-party service integrations.

> *wherein the determining the MTMA comprises: storing a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA;*

The Frotcom Telematic Control Unit (TCU/OBU) determines motion activities by referencing a stored library of predefined motion-activity signatures maintained in onboard memory. Each reference signature encodes time-domain and/or frequency-domain characteristics derived from accelerometer and gyroscope sensor data correlated with specific vehicle-motion behaviors. These stored reference models enable the system to classify driver actions—including acceleration, braking, and other vehicle-dynamics events—by comparing real-time sensor inputs against the predefined signatures. Through analysis of signal frequency patterns, time intervals, and amplitude thresholds, the TCU/OBU performs pattern matching and event validation to achieve precise and repeatable motion-activity recognition during live operation. Publicly available information describing Frotcom's telematics and video-telematics platforms confirms support for multi-axis motion analysis and driver-behavior monitoring based on stored signal models and correlation logic, consistent with this claim element's structure and functionality.

> *determining a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system; using the normalizing mathematical relationship, determining normalized data sets; analyzing the normalized data sets in the frequency and time domains;*

The Frotcom Telematic Control Unit (TCU/OBU) implements programmed logic that establishes a normalizing mathematical relationship to interpret motion-sensor data within a consistent three-dimensional coordinate framework over time. Raw accelerometer inputs include gravitational acceleration components used to define sensor orientation, typically aligning the z-axis as the vertical reference. Once vertical and horizontal reference frames are established, the system

applies normalization procedures to successive motion samples, producing structured data sets that preserve spatial consistency across sequential sampling intervals. These normalized motion values maintain the relative orientation of acceleration and angular-rate measurements along the *x*, *y*, and *z* axes, independent of changes in sensor position or elapsed time. The TCU/OBU then analyzes the normalized data in both the time and frequency domains to identify and classify driver-related motion activities—including acceleration, braking, and directional-shift events—with enhanced precision and reduced sensitivity to transient noise or non-relevant variations. Publicly available information describing Frotcom's telematics and video-telematics platforms confirms onboard multi-axis sensor processing incorporating orientation-referenced normalization and time/frequency-domain analysis, achieving stable and reliable event classification consistent with the claimed normalization and analytical functionality.

Claim 1 concludes:

> *determining likelihoods associated with the stored MTMA signatures based at least in part upon the analyzing; and selecting a most likely MTMA signature from the plurality of MTMA signatures based at least in part upon the likelihoods.*

The Frotcom Telematic Control Unit (TCU/OBU) determines the most probable motion activity by analyzing real-time sensor data and comparing it to a stored library of predefined motion signatures. Each reference signature encapsulates time-domain and/or frequency-domain parameters derived from accelerometer and gyroscope inputs, corresponding to specific vehicle-behavior patterns such as acceleration, braking, or directional change. The system computes likelihood values for each stored signature by evaluating the correlation between the incoming motion signals and the reference models, using metrics including signal magnitude, temporal duration, and amplitude pattern. Through this comparative analysis, the TCU/OBU identifies the highest-correlation match, classifies the detected motion activity with a corresponding confidence

level, and supports real-time behavioral interpretation for driver-safety and performance assessment.  Publicly available materials describing Frotcom's telematics and video-telematics platforms confirm onboard pattern-matching logic and correlation-based event recognition consistent with this claim element, demonstrating use of stored reference models and likelihood-driven classification within Frotcom's embedded telematics architecture.

**19.**

Claim 2 of the '846 Patent, for example, recites:

> *2. The method of claim 1, wherein the advertisement is communicated to the WCD via an email or text message.*

Frotcom's telematics systems, operating in coordination with third-party backend service providers, monitor driver behavior and utilize advertisement notifications and reward-based messaging to engage users.  Participants are automatically enrolled to receive in-app notifications, text alerts, or summary emails generated by backend analytics platforms that evaluate driving-performance metrics and motion-activity data collected from in-vehicle sensors.  These communications deliver personalized feedback, promotional content, and incentive-based updates derived from motion-analysis results.  This integrated, data-driven engagement framework demonstrates Frotcom's implementation of behavioral monitoring and targeted user interaction within its connected telematics ecosystem, combining safety insights with performance-based engagement and driver-awareness capabilities.

**20.**

Claim 3 of the '846 Patent, for example, recites:

> *3. The method of claim 1, further comprising determining an identification (ID) of the MT and wherein the selecting the advertisement is further based at least in part upon the determined ID in addition to the determined MTMA.*

Frotcom's telematics systems, operating in coordination with third-party backend service providers, monitor driver behavior and receive advertisement content promoting driving scores, point-based incentives, and user standings. This functionality enables the platform to deliver targeted in-app messages and real-time notifications corresponding to updated advertisement materials and individual performance metrics derived from motion-activity analysis. By linking behavioral analytics with advertisement-distribution workflows, the backend infrastructure supports dynamic, performance-based engagement, wherein content delivery is automatically adjusted in response to detected driving patterns and updated scoring outcomes. This framework reflects the integration of behavior-responsive advertising, driver feedback, and user-engagement mechanisms within Frotcom's connected telematics architecture, consistent with the claimed automated, data-driven interaction functionalities.

### 21.

Claim 4 of the '846 Patent, for example, recites:

> *4. The method of claim 1, further comprising determining a location of the WCD and wherein the selecting the advertisement is further based at least in part upon the location in addition to the determined MTMA.*

Frotcom's telematics systems, in coordination with third-party backend service providers, monitor driver behavior and determine the geographic locations where driving violations occur, as well as the start and end points of each trip. The system generates notifications and UI updates that display route data, location-specific violations, and updated driver-performance scores. This information is transmitted to both the driver's mobile application and backend servers, where it is stored and analyzed to support ongoing behavior assessment, route optimization, and safety analytics within Frotcom's connected telematics platform.

### 22.

Claim 5 of the '846 Patent, for example, recites:

> *5. The method of claim 1, further comprising receiving a payment for or otherwise monetarily benefiting from causing the advertisement to be communicated.*

Frotcom's telematics systems, in collaboration with third-party backend service providers, monitor driver behavior and promote driver scores and achievement-based awards to ranked participants. The system is designed to encourage safer and more efficient driving habits by generating performance feedback, ranking updates, and incentive-based rewards derived from each user's motion and behavior metrics.  This feedback and engagement mechanism integrates real-time performance monitoring with user interaction, reinforcing improved driving behavior through continuous scoring, recognition, and gamified participation within Frotcom's connected telematics platform.

**23.**

Claim 6 of the '846 Patent, for example, recites:

> *6. The method of claim 1, wherein the causing comprises enabling an advertiser to communicate the advertisement to the WCD by advising a remote computer system associated with the advertiser of the MTMA.*

Frotcom's telematics systems, operating in coordination with third-party backend service providers, monitor driver behavior and utilize detected risky driving patterns to trigger the delivery of predefined advertisements.  These advertisements are managed by a remote computer system that dynamically updates targeting parameters and messaging content in accordance with current behavioral data received from the telematics device.  The system automatically reconfigures advertisement-delivery criteria in response to real-time driver-performance inputs—including acceleration, braking, and route-based behavior—thereby enabling adaptive, condition-specific advertisement distribution within Frotcom's connected telematics and infotainment platform.

**24.**

Claim 7 of the '846 Patent, for example, recites:

> *7. The method of claim 1, further comprising enabling a user of the WCD to enable and disable the causing of the advertisement.*

Frotcom's telematics systems, in collaboration with third-party backend service providers, enable users to receive notifications and messages delivered to their mobile devices and registered email accounts. These communications include driver-related updates, behavioral feedback, and advertisement notifications automatically generated by the backend analytics infrastructure based on driving activity and system-detected performance data. Users are provided with configuration options that allow them to manage, customize, or disable specific categories of messages through the system's interface or application settings. This capability establishes an integrated communication framework that supports both automated notification delivery and user-controlled message preferences within Frotcom's connected telematics environment.

**25.**

Claim 8 of the '846 Patent, for example, recites:

> *8. The method of claim 1, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.*

Frotcom's telematics systems monitor driver behavior by processing sensor data collected from the vehicle's integrated accelerometers and/or gyroscopes. This motion data enables the detection and analysis of driving patterns associated with acceleration, braking, cornering, and related vehicle dynamics, supporting behavioral assessment and event classification within Frotcom's connected telematics platform.

**26.**

Claim 9 of the '846 Patent, for example, recites:

> *9. The method of claim 1, wherein the steps are performed in the WCD itself or in one or more communicatively coupled computer systems that are remote from the WCD and that receive the sensor data from the WCD.*

Frotcom's telematics systems, in collaboration with third-party backend service providers, monitor driver behavior using data collected from internal vehicle sensors and supplemental smartphone-based inputs. The backend server infrastructure enhances the accuracy and resolution of motion data captured from the driver's mobile device, improving overall behavioral detection fidelity. Driver scores are computed, at least in part, from smartphone sensor data—including accelerometer and gyroscope readings—which are analyzed to detect unsafe driving behaviors such as strong braking, excessive acceleration, and other motion-based irregularities. This integration of vehicle and mobile sensor data enables comprehensive driver-behavior analysis, cross-device performance evaluation, and unified behavioral reporting within Frotcom's connected telematics platform.

27.

Claim 10 of the '846 Patent, for example, recites:

> *10. The method of claim 1, wherein the WCD is communicatively coupled to a remote computer system and wherein the memory is associated with the remote computer system.*

Frotcom's telematics systems, in collaboration with third-party backend service providers, monitor driver behavior using sensor data collected from user devices and execute decision-making processes on remote servers. These remote computations operate independently of the user's local device, enabling centralized analysis, event classification, and system-driven responses to detected driving behaviors. This distributed processing framework supports scalable data evaluation, real-time behavioral feedback, and automated decision workflows within Frotcom's connected telematics platform, ensuring coordinated interaction between onboard systems and cloud-based analytics.

28.

Independent Claim 12 of the '846 Patent, shown in italics, recites:

> 12. A wireless communication device (WCD) transported by a mobile thing (MT), comprising: one or more transceivers designed to enable access to a remote computer system, the remote computer system designed to select a targeted advertisement and enable the advertisement to be communicated or accessed by the WCD;

Frotcom's telematics and video-telematics devices function as wireless communication units installed in vehicles, incorporating cellular and GNSS transceivers that enable real-time connectivity with remote computer systems. These systems transmit driver-behavior data, including motion patterns associated with acceleration, braking, and other vehicle dynamics, for backend analysis and content management. Remote servers process the behavioral information to generate or select context-specific notifications or feedback content aligned with the detected driving behavior. Once generated, this content is transmitted back to the in-vehicle device and displayed through the onboard user interface, enabling timely, data-driven messaging and driver engagement within Frotcom's connected telematics platform.

> one or more sensors associated with the WCD designed to produce sensor data, the sensor data indicative of physical movement of the WCD in three dimensional space and including data sets comprising three movement values and a time value, each of the three movement values indicative of physical movement of the WCD relative to a respective axis in a three dimensional (3D) coordinate system at the time value in order to permit statistical analysis of the physical movement;

Frotcom's telematics and video-telematics devices are equipped with onboard tri-axis accelerometers that capture physical movement of the unit in three-dimensional space. The sensors generate structured data sets consisting of three acceleration values—each representing motion along the $x$, $y$, and $z$ axes—paired with corresponding time values to ensure precise temporal alignment. This time-correlated motion data enables pattern recognition and classification of driving activities such as acceleration, braking, and stability variations. By integrating spatially oriented acceleration values with time-synchronized data sampling, the

system establishes a consistent analytical framework for interpreting vehicle-motion dynamics and evaluating driver behavior within Frotcom's connected telematics platform.

> *one or more memories designed to store computer program code; and one or more processors designed to execute the computer program code, the computer program code comprising: code designed to determine mobile thing motion activity (MTMA) of the MT that is transporting the WCD based at least in part upon the sensor data and the statistical analysis of the physical movement of the WCD;*

Frotcom's telematics devices incorporate memory modules configured to store executable program code and processors designed to execute that code within an embedded environment. The onboard logic determines driver-behavior patterns by analyzing motion-sensor data collected from integrated tri-axis accelerometers and vehicle-connected data sources through the CAN-Bus interface. Using statistical analysis methods applied over defined sampling intervals, the system evaluates changes in acceleration to identify driving behaviors such as braking, acceleration, and other motion events. This classification process enables real-time assessment of vehicle dynamics and supports driver-behavior insights and performance reporting within Frotcom's connected telematics platform.

> *code designed to communicate the sensor data or a mobile thing motion activity (MTMA) of the MT that is transporting the WCD and that is derived from the sensor data via the one or more transceivers to the remote computer system in order to enable selection of the targeted advertisement that is suited for the determined MTMA; code designed to receive and locally communicate the advertisement to a user interface of the WCD; and*

Frotcom's telematics systems, in coordination with third-party backend service providers, execute program code that transmits either raw motion-sensor data or derived behavioral classifications—including acceleration, braking, or other driving-activity events—to a remote computer system via integrated wireless transceivers. The remote system analyzes the transmitted behavioral data to identify and select targeted advertisements relevant to the detected driving activity. Once selected, the advertisement is transmitted back to the in-vehicle device and displayed through the onboard

user interface, enabling context-aware content delivery aligned with real-time motion behavior. This communication framework supports dynamic driver engagement and integrates behavior-responsive messaging directly into Frotcom's connected telematics and infotainment workflow.

> *wherein the code designed to determine the MTMA comprises: code designed to store a plurality of reference MTMA signatures in the memory, each of the MTMA signatures including frequency and/or time information associated with sensor data pertaining to a specific MTMA; code designed to determine a normalizing mathematical relationship so that different data sets separated in time can be analyzed in the 3D coordinate system;*

Defendant's code normalizes the live data into sets of data that may be measured in the frequency and time domains and allows the live 3D (three or more axes from the accelerometer and/or gyroscope) data to be compared to the reference data. Code is used to determine time separations so the raw data so it may be analyzed in a 3D coordinate system.

> *code designed to, using the normalizing mathematical relationship, determine normalized data sets; code designed to analyze the normalized data sets in the frequency and time domains;*

Frotcom's telematics and video-telematics devices execute program code that applies a normalizing mathematical relationship to incoming motion-sensor data collected from integrated tri-axis accelerometers and vehicle-connected sources. This normalization aligns sensor outputs within a consistent three-dimensional coordinate framework, compensating for device orientation and gravitational effects to ensure that motion data captured over time remains directly comparable. After normalization, the system performs time-based analytical processing to identify temporal variations, amplitude trends, and directional changes that characterize vehicle motion behavior. This analytical process enables precise classification of acceleration, braking, and stability-related activities, providing consistent and repeatable behavioral evaluation across varying sampling intervals and driving conditions within Frotcom's connected telematics platform.

> *code designed to determine likelihoods associated with the stored MTMA*
> *signatures based at least in part upon the analyzing; and code designed to*
> *select a most likely MTMA signature from the plurality of MTMA signatures*
> *based at least in part upon the likelihoods.*

Frotcom's GPS tracking units and plug-and-play OBD devices execute program code that evaluates normalized motion data—generated primarily from integrated accelerometers and vehicle-connected sensors—using time-based analytical processing. The analysis identifies patterns and correlations between current sensor readings and stored reference models that represent specific driving behaviors. Each reference model characterizes acceleration, braking, or cornering behavior, allowing the system to compare real-time motion input against established profiles and determine the most likely motion activity. This correlation-based approach enables accurate, real-time behavioral interpretation grounded in sensor-driven evidence within Frotcom's connected telematics platform.

**29.**

Claim 13 of the '846 Patent, for example, recites:

> *13. The WCD of claim 12, wherein the program code further comprises*
> *code to determine an identification (ID) associated with the MT and*
> *wherein the code to select the advertisement makes the selection based at*
> *least in part upon the determined ID of the user.*

Frotcom's GPS tracking units and plug-and-play OBD devices execute program code that determines a driver identification (ID) associated with the vehicle's operator. The driver ID can come from Frotcom's Automatic Driver Identification (e.g., iButton/RFID) or from account/assignment records maintained in the platform. When a specific motion activity—such as acceleration or braking—is detected, the system references the associated driver ID to enable targeted content selection. This supports delivery of messages or advertisements tailored to both the detected driving behavior and the identified user profile, enabling individualized engagement within Frotcom's connected telematics environment.

**30.**

Claim 14 of the '846 Patent, for example, recites:

> 14. The WCD of claim 12, wherein the program code further comprises code to determine a location of the WCD and wherein the code to select the advertisement makes the selection based at least in part upon the location.

Frotcom's GPS tracking units and plug-and-play OBD telematics devices function as wireless communication systems that execute program code configured to determine the geographic location of the device using integrated GNSS/GPS modules or network-assisted positioning systems. When a qualifying motion activity—such as acceleration, braking, or trip completion—is detected, the system utilizes the current location data to guide targeted content selection. Advertisements or notifications are selected, at least in part, based on the geographic position of the vehicle, enabling delivery of location-specific content such as promotions for nearby services, regionally relevant safety alerts, or contextual driving feedback aligned with local operating conditions. This functionality demonstrates the integration of motion-based event detection with location-aware data processing within Frotcom's connected telematics and infotainment platform, supporting personalized, context-driven content delivery for improved driver engagement and operational awareness.

**31.**

Claim 15 of the '846 Patent, for example, recites:

> 15. The WCD of claim 12, wherein the sensor data is derived from an accelerometer, a gyroscope, or both.

Frotcom's vehicle tracking units and plug-and-play OBD devices function as wireless communication systems that derive motion-related data from integrated accelerometers and other onboard sensors connected through the vehicle's CAN-Bus interface. The accelerometers measure linear acceleration along three orthogonal axes ($x$, $y$, $z$), generating time-stamped data that

represents the vehicle's movement in three-dimensional space. The resulting motion data—captured directly from the tracking device or supplemented through CAN-Bus inputs—is analyzed by the system to interpret real-time vehicle dynamics and classify driver behaviors such as acceleration, braking, and cornering. This accelerometer-based sensing architecture enhances the precision, consistency, and reliability of motion interpretation and satisfies the requirement that motion data be derived from onboard acceleration measurement and vehicle-status inputs, as implemented within Frotcom's telematics hardware and event-classification framework.

**32.**

Claim 16 of the '846 Patent, for example, recites:

> *16. The system of claim 12, wherein the computer program code further comprises: code to determine a mathematical relationship between different data sets to enable analysis of the different data sets in the 3D coordinate system; and code to determine the MTMA based at least in part upon the analysis of the different data sets in the 3D coordinate system.*

Frotcom's Telematic Control Units (TCUs) and On-Board Units (OBUs) execute computer program code that determines a mathematical relationship between multiple motion-data sets collected from onboard tri-axis accelerometers and gyroscopes. Each data set includes acceleration and angular-velocity values measured along the *x*, *y*, and *z* axes and is interpreted within a consistent three-dimensional (3D) coordinate framework. The system applies normalization logic to align time-separated motion samples into a unified spatial reference, allowing cross-comparison and statistical evaluation of movement behavior across temporal intervals. This process ensures that directional variations and dynamic deviations, regardless of when they are captured, are analyzed within a common orientation model. Using the resulting normalized and spatially aligned data, the TCU/OBU identifies motion activities by matching observed signal patterns to known movement signatures, including acceleration, braking, and other driver-related motion events. This implementation fulfills the requirement for determining motion

behavior based, at least in part, on the analysis of multiple data sets within a three-dimensional coordinate system, consistent with Frotcom's telematics motion-processing architecture.

## COUNT II

## DIRECT INFRINGEMENT OF THE '558 PATENT

### 33.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 34.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics systems automatic programs for monitoring human activities while driving.

### 35.

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

Frotcom's Plug-and-Play OBD Telematics Device—also identified in its commercial literature as the C4OBD unit—is an onboard telematics and tracking module designed for vehicle installation through the diagnostic (OBD-II) port. The OBD device incorporates motion-sensing components including an embedded tri-axis accelerometer configured to capture real-time acceleration, deceleration, and lateral motion values. These integrated sensing elements enable the device to detect and quantify driver-behavior events such as fast acceleration, braking, cornering, and collision-related impacts, as well as other dynamic vehicle conditions indicative of unsafe driving or crash events. The system collects high-frequency acceleration data over short, defined sampling

intervals to support continuous driver-safety monitoring, event reconstruction, and automated notification workflows. Captured motion signatures are processed by onboard firmware and transmitted through the Frotcom telematics platform, forming the foundation for Frotcom's behavioral analytics and incident-detection framework.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

The Frotcom Plug-and-Play OBD Telematics Device includes an embedded tri-axis accelerometer that continuously produces a stream of motion-sensor data sample values representative of acceleration along the $x$, $y$, and $z$ axes of the device. During normal vehicle operation, the device's internal embedded processor recognizes a particular set of these sample values as a reference data set defining the orientation of the OBD unit within a fixed coordinate system relative to the vehicle. This reference data is locally computed and stored within the device's onboard firmware architecture, establishing a baseline against which subsequent motion-sensor samples are normalized. By maintaining this reference orientation, the Frotcom OBD device can accurately distinguish vehicle-induced motion—such as acceleration, braking, and cornering—from gravitational or static components, thereby enabling precise detection of driver-behavior and motion-related events.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

The Frotcom Plug-and-Play OBD Telematics Device computes reference data by recognizing a specific set of motion-sensor sample values captured by its embedded tri-axis accelerometer during normal vehicle operation. The resulting reference data defines the orientation of the device within a three-dimensional coordinate system and establishes a baseline relationship between subsequent motion-sensor data sets and the stored reference frame. This relationship allows the OBD device

to normalize ongoing acceleration measurements relative to its reference orientation, enabling consistent analysis of vehicle motion patterns such as acceleration, braking, and cornering. All processing occurs within the device's embedded firmware architecture, which performs continuous sensor evaluation and local computation to support accurate, orientation-aware driver-behavior assessment.

>*calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

The Frotcom Plug-and-Play OBD Telematics Device calculates movement data within the coordinate system established by its stored reference frame, using non-reference motion-sensor sample values captured by the device's embedded tri-axis accelerometer. Based on this reference relationship, the onboard processor analyzes successive acceleration readings over short, defined time intervals to resolve directional changes, determine spatial orientation, and characterize vehicle motion. All computation is performed locally within the device's embedded firmware, which processes high-frequency motion data to identify and quantify driver-behavior patterns such as acceleration, braking, and cornering. When available, the OBD unit may correlate these results with parameters obtained from the vehicle's CAN Bus interface to enhance real-time accuracy and continuity of motion analysis within the Frotcom telematics environment.

>*determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

The Frotcom Plug-and-Play OBD Telematics Device determines a vehicle-motion activity based upon the calculated movement data produced from its embedded tri-axis accelerometer. The onboard processor interprets patterns of acceleration, deceleration, and lateral motion to classify corresponding driving behaviors, including acceleration, braking, and cornering activity. These determinations are executed locally within the device's embedded firmware, which continuously evaluates short-interval motion data to update the vehicle's current activity state. The resulting

classifications are transmitted to the Frotcom telematics platform via cellular connectivity for storage, visualization, and inclusion in driver-behavior analytics, thereby supporting fleet-safety evaluation and operational reporting.

**36.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

The method of claim 1, wherein one or more steps of the method are executed within the Frotcom Plug-and-Play OBD Telematics Device's onboard processing system, within a remote computer system connected through cellular or GNSS communication, or within a combination of both, wherein the OBD device performs localized event detection and motion analysis using integrated accelerometer data, and transmits periodic or event-triggered reports to the Frotcom telematics platform through wireless communication protocols. This distributed configuration enables continuous driver-behavior monitoring, real-time data synchronization, and centralized visualization of vehicle activity within the Frotcom fleet-management environment.

**37.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Receiving first and second data from one or more sensors integrated into a Frotcom telematics unit installed in a vehicle, the sensors comprising accelerometers and motion-sensing components that generate time-stamped acceleration and orientation values. The first and second data sets are each indicative of vehicle movement during operation and are collected over short, defined sampling

intervals to support continuous assessment of driver behavior and motion dynamics, including acceleration, braking, and cornering activity.  The Frotcom video-camera telematics devices integrates cellular LTE/4G communication and GNSS positioning for transmitting motion and location data to Frotcom's secure cloud environment.  Its embedded processor architecture performs localized motion analysis and transmits event-correlated data to the Frotcom platform, where it is combined with positional and diagnostic inputs for fleet-safety monitoring and behavioral reporting.

Claim 17 continues:

> *determining reference data that defines a reference framework from the first data;*

Determining reference data from a first set of motion-sensor values collected by a Frotcom telematics unit's integrated accelerometers and motion-sensing components, the reference data defining a framework for interpreting subsequent motion values within a coordinate system.  The framework establishes orientation awareness for the device, enabling normalization of later acceleration readings and consistent analysis of movement patterns during vehicle operation.  Frotcom's video-enabled telematics architecture employs an embedded processor that locally analyzes acceleration data captured over short sampling intervals to compute and update this reference framework.  The telematics device integrates GNSS and LTE communication interfaces to transmit the reference-based motion data to Frotcom's secure cloud platform, where it is combined with positional and diagnostic inputs for enhanced behavioral interpretation and fleet-safety reporting.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Normalizing a second set of motion-sensor data with the previously established reference data so that the second data can be consistently interpreted within the defined reference framework,

wherein the normalization process enables the Frotcom telematics unit to distinguish between orientation-related and movement-induced signals for accurate evaluation of vehicle motion dynamics.  The Frotcom telematics architecture performs onboard processing of accelerometer-derived motion data using its embedded processor and firmware algorithms to adjust raw sensor readings against the reference orientation values.  This process maintains alignment of successive motion samples within a stable coordinate system, supporting real-time interpretation of driver behaviors such as acceleration, braking, and cornering.  The normalized data are then transmitted via LTE and GNSS interfaces to Frotcom's secure cloud platform for aggregation, visualization, and inclusion in driver-behavior and fleet-safety analytics.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Identifying a motion activity associated with the vehicle based upon the normalized motion-sensor data, wherein the Frotcom telematics unit analyzes time-stamped acceleration and orientation inputs from its embedded tri-axis accelerometer to determine specific driver-behavior states such as acceleration, braking, and cornering.  This classification process is executed within the device's onboard processor, which evaluates short-interval motion samples against the established reference framework to recognize characteristic movement patterns.  The resulting activity determinations are transmitted to Frotcom's telematics platform through cellular communication, where they are correlated with positional and diagnostic data to produce driver-behavior reports, safety scoring, and operational insights for fleet monitoring.

**38.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

The method of claim 17, wherein one or more steps of the method are executed within the onboard processing system of a Frotcom telematics unit, within a remote computer system connected via wireless communication technologies, or within a combination of both, wherein the telematics unit performs local analysis of motion-sensor data and event detection using its embedded processor, and communicates event-correlated information and positional data to the Frotcom cloud platform through LTE and GNSS connectivity. This distributed configuration supports real-time synchronization between the onboard system and Frotcom's remote servers, enabling continuous monitoring, behavioral evaluation, and centralized fleet-safety reporting within the Frotcom telematics environment.

**39.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

A method implemented within a Frotcom telematics unit configured to detect a plurality of motion activities associated with a vehicle includes the steps of continuously capturing motion data using integrated accelerometers and motion-sensing components embedded within the telematics device, the sensors operating during vehicle use to support ongoing analysis of driver behavior and vehicle dynamics, including acceleration, braking, and cornering events. Frotcom's hard-wired tracking platforms, including the FMC-series telematics devices, operate by monitoring motion signals through onboard sensors and correlating those inputs with CAN-bus parameters such as speed, RPM, and throttle position. These devices incorporate embedded processors, LTE communication, and GNSS positioning, enabling real-time local evaluation of motion data and event-based communication with Frotcom's secure cloud system. The resulting datasets provide

continuous motion tracking, behavioral pattern recognition, and integration with fleet-safety analytics within the Frotcom telematics platform.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

Receiving a plurality of data sample values from one or more motion sensors integrated into a Frotcom telematics unit physically installed in a vehicle, wherein the data sample values—generated by accelerometers and other motion-sensing components—are indicative of the telematics unit's movement during operation. These values are collected in real time over short sampling intervals to reflect continuous changes in vehicle dynamics, including acceleration, braking, and cornering activity. The Frotcom telematics platform continuously monitors these sensor data streams as part of its driver-behavior and safety-analysis functionality, enabling localized collection and interpretation of motion data alongside inputs received through the CAN-bus interface. Frotcom's published specifications confirm that its hard-wired tracker devices incorporate embedded processors, GNSS positioning, and LTE communication modules, supporting real-time motion evaluation and wireless transmission of event-correlated information to Frotcom's secure cloud infrastructure for fleet-safety reporting.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

Computing reference data from the received motion-sensor values, the reference data defining a relationship between successive sensor samples and a reference framework representing the orientation or position of the Frotcom telematics unit within the vehicle. Using this reference framework, the system calculates movement data based on the relationship between the stored reference and the continuously captured motion inputs. The onboard processor utilizes

accelerometer-derived motion values, together with inputs available through the CAN-bus interface, to establish and maintain an orientation-aware analytical framework aligned with the vehicle's physical dynamics. This localized computation enables the telematics unit to differentiate dynamic motion from baseline conditions, recognize directional changes, and produce normalized data streams that support Frotcom's driver-behavior classification, performance reporting, and fleet-safety analytics.

> *determining an MTMA associated with the MT based upon the movement data.*

Determining a motion activity associated with the vehicle based upon the calculated movement data, wherein the Frotcom telematics unit analyzes real-time inputs from its integrated accelerometers and motion-sensing components to identify motion patterns characteristic of driver behaviors such as acceleration, braking, and cornering. The onboard processor continuously evaluates these motion inputs within the reference framework to classify the vehicle's operational state and correlate the results with diagnostic and positional data obtained through the CAN-bus and GNSS interfaces. The identified motion activities are transmitted through LTE communication to Frotcom's secure cloud platform, where they contribute to driver-behavior scoring, fleet-safety monitoring, and performance analytics within the Frotcom telematics environment.

**40.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

The Frotcom OBD telematics device comprises a system including one or more memory components configured to store executable computer program code and one or more processors

designed to execute the stored code. These hardware elements form an embedded processing platform for interpreting vehicle motion data, wherein the memory provides both persistent and real-time storage of motion-analysis instructions, and the processors perform data-processing and event-recognition operations in accordance with programmed logic. The computer program code is configured to perform sequential analyses of motion-sensor inputs received from integrated accelerometers and from the vehicle's OBD or CAN-bus interface, enabling continuous interpretation of motion patterns, acceleration behavior, and operational conditions during vehicle use. Publicly available materials for Frotcom's telematics platforms confirm that its OBD and hardwired tracker devices incorporate embedded processors, onboard storage, vehicle-bus connectivity, and wireless communication modules including LTE and GNSS. These components collectively support the described architecture for localized motion evaluation, driver-behavior monitoring, and real-time data communication within Frotcom's telematics framework.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The Frotcom OBD telematics device includes computer program code executed by one or more onboard processors to receive first and second sets of data sample values from integrated motion sensors, including accelerometers and orientation-sensing components. These sensors operate continuously to capture data indicative of the device's movement, including changes in velocity and directional orientation. The first data comprises an initial set of sensor readings used to establish a motion reference, while the second data includes subsequent measurements collected during continued vehicle operation. Both sets of data are sampled over short, defined time intervals to support responsive monitoring and driver-behavior evaluation. The executable code enables the telematics device to receive real-time motion input from onboard sensors and the vehicle's OBD or CAN-bus interface, forming the foundation for subsequent event-detection and

motion-classification processes. Publicly available materials for Frotcom's telematics platforms confirm that its OBD and wired tracker units incorporate embedded processors, onboard data handling, vehicle-bus connectivity, and LTE/GNSS communication, supporting continuous acquisition, interpretation, and transmission of acceleration and orientation data within Frotcom's telematics framework.

> *code to determine reference data that defines a reference framework from the first data;*

The Frotcom OBD telematics device includes computer program code configured to process the first set of motion data obtained from onboard sensors, including integrated accelerometers and orientation-sensing components, in order to compute reference data. This reference data defines a baseline motion state that serves as a framework against which subsequent sensor values can be compared. The code evaluates the initial data set to establish a stable orientation and determine the spatial condition of the vehicle, including tilt and static acceleration, thereby constructing a sensor-aligned reference state that represents the device's operational posture at the start of monitoring. Publicly available materials for Frotcom's telematics platforms, including its OBD and hard-wired tracking devices, confirm support for onboard processing of accelerometer and motion data, enabling the system to characterize baseline motion conditions and maintain reference states used for subsequent data interpretation. These embedded processing functions allow the telematics device to contextualize incoming motion samples within a defined coordinate framework, forming the computational foundation for later-stage normalization and movement-analysis routines within Frotcom's telematics architecture.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The Frotcom OBD telematics device includes computer program code executed by onboard processors to process a first set of motion data obtained from integrated accelerometers and

orientation-sensing components, in order to compute reference data.  This reference data defines a baseline motion state serving as a framework against which subsequent sensor values can be compared.  The program logic evaluates the initial data set to establish a stable orientation and determine the spatial condition of the vehicle, including tilt and static acceleration, thereby constructing a sensor-aligned reference state representing the telematics unit's posture at the start of monitoring.  Publicly available documentation for Frotcom's telematics platforms confirms support for onboard processing of accelerometer-derived motion data, enabling the system to interpret motion inputs and establish reference conditions for behavior and event analysis. Frotcom's technical materials describe multi-axis acceleration processing by an embedded processor to maintain orientation awareness and consistent motion evaluation—consistent with computing baseline and reference data for later comparison and classification.  The resulting reference framework enables the device to contextualize ongoing motion input within a defined coordinate structure, forming the computational basis for normalization and movement-analysis routines within Frotcom's telematics platform.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The Frotcom OBD telematics device executes programmed code that analyzes the normalized second data to identify motion activities associated with the vehicle.  The code evaluates characteristics such as directional change, acceleration variation, and orientation shifts against predefined driver-behavior patterns, enabling classification of activities including acceleration, braking, and cornering based on onboard sensor inputs.  Upon classification, the device transmits event-correlated information and positional data via cellular/GNSS connectivity to the Frotcom telematics platform, where the results are combined with additional vehicle signals (e.g., via OBD/CAN) for driver-behavior reporting, fleet-safety monitoring, and operational analytics.

**41.**

Claim 50 of the '558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

The system of claim 42, wherein the system is implemented within the Frotcom OBD telematics unit, in a remote computer system connected via wireless communication technologies, or within a combination of both. The telematics unit supports distributed processing, wherein motion-data acquisition, reference computation, normalization, and activity identification may occur locally within the device or remotely within networked systems. This hybrid configuration enables real-time sensor analysis, event reporting, and continuous driver-behavior monitoring through cellular and GNSS communication with Frotcom's secure cloud platform. Publicly available documentation for Frotcom's telematics platforms confirms that its OBD and hardwired tracking devices employ embedded onboard processors combined with LTE and GNSS modules, supporting the described dual-level operational structure for local processing and remote coordination within Frotcom's fleet-management and telematics framework.

**42.**

Independent Claim 52 of the '558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

A system implemented within a Frotcom video-camera telematics device designed to detect a plurality of motion activities associated with a vehicle, comprising: one or more memory components configured to store executable computer program code, and one or more processors

configured to execute the stored code. The memory and processor operate together as an embedded computing platform within the telematics device, supporting real-time interpretation of motion and video-linked sensor data. The memory provides persistent and dynamic storage of event-detection logic and configuration data, while the processor executes instructions that perform motion analysis, video-event association, and behavior-classification operations. The program code is structured to carry out the core sensor-processing functions of the system, including data acquisition, reference computation, normalization, and motion-activity correlation with recorded video segments. Publicly available documentation for Frotcom's Video Telematics system confirms support for onboard processing of acceleration data and camera-captured events, combined with LTE and GNSS connectivity for cloud communication. These system features are consistent with the claimed configuration, supporting local data interpretation, synchronized video-event processing, and remote reporting within Frotcom's integrated telematics platform.

Claim 52 continues:

> *code to receive a plurality of data sample values from one or more sensors*
> *of the WCD that is transported by the MT, the data sample values indicative*
> *of movement of the WCD;*

Code executed by the Frotcom video-camera telematics device receives a plurality of data-sample values from one or more motion sensors integrated within the telematics unit, the unit being transported by a vehicle. These motion-sensor values—captured by onboard accelerometers and orientation-sensing components—are indicative of the device's movement during operation and are collected over short, defined sampling intervals through the telematics unit's sensor suite and vehicle-connected interfaces (OBD or CAN). The acquired data serve as input for subsequent onboard processing that evaluates vehicle motion and driver-behavior patterns such as acceleration, braking, and cornering. Publicly available documentation for Frotcom's Video Telematics system confirms continuous acquisition of motion and positional data by its in-vehicle

tracker, together with embedded processing capabilities and LTE/GNSS communication for real-time interpretation and cloud transmission. These features support the described data-reception and motion-analysis architecture within Frotcom's integrated video-telematics platform.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Code executed by the Frotcom video-camera telematics device computes reference data from the motion-sensor values received by the onboard tracking hardware. The reference data defines a relationship between the sampled sensor values and a reference framework representative of the telematics unit's orientation and motion state. This framework establishes a consistent basis for interpreting subsequent motion inputs, enabling comparative analysis of acceleration, directional change, and spatial orientation during vehicle operation. The reference data is derived from integrated accelerometer-based motion readings and reflects the vehicle's baseline dynamic state during initial monitoring. Public documentation for Frotcom's Video Telematics system confirms support for onboard processing of motion and positional data, received via vehicle-connected interfaces and supplemented by LTE and GNSS communication modules. These system capabilities enable the establishment of an internal reference framework for real-time motion interpretation and behavioral analysis within Frotcom's telematics platform.

> *code to calculate movement data based upon the reference data and the data sample values; and*

Code executed by the Frotcom video-camera telematics device calculates movement data based upon the reference data and the motion-sensor values received by the onboard system. The reference data defines an orientation-aware framework for interpreting subsequent motion, and the code combines live inputs from integrated accelerometers and orientation-sensing components with the established framework to generate normalized movement data that reflects directional

changes, tilt tendencies, and motion dynamics over time.  This movement data provides the basis for identifying and classifying vehicle-motion activities associated with acceleration, braking, cornering, and other dynamic behaviors captured during operation.   Publicly available documentation for Frotcom's Video Telematics system confirms support for embedded onboard processing of motion and positional data, together with LTE and GNSS connectivity, enabling real-time normalization, multi-axis motion analysis, and cloud-based reporting within Frotcom's integrated telematics platform.

> *code to determine an MTMA associated with the MT based upon the movement data.*

The Frotcom video-camera telematics device includes programmed code that analyzes calculated movement data to determine specific motion activities exhibited by the vehicle.  These activities are identified by evaluating directional changes, acceleration magnitudes, and temporal characteristics derived from real-time sensor input.  The system compares observed motion patterns against predefined behavioral profiles representing known vehicle dynamics, enabling the classification of events such as braking, acceleration, and cornering that indicate distinct operational states.  This classification supports behavior tagging and performance assessment within Frotcom's integrated video-telematics platform, which links motion events with corresponding video segments for contextual review.  Public documentation for Frotcom's Video Telematics system confirms that its in-vehicle devices combine onboard sensor processing with camera-captured event data and cloud connectivity via LTE and GNSS, supporting real-time activity detection, analysis, and reporting across Frotcom's safety- and performance-monitoring framework.

## COUNT III

## DIRECT INFRINGEMENT OF THE '951 PATENT

### 43.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 44.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '951 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics systems automatic programs for monitoring human activities while driving.

### 45.

Independent Claim 1 of the '951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Frotcom's telematics and video-telematics solutions are wirelessly equipped and comprise: (1) one or more memory components configured to store executable computer program code; and (2) one or more processors configured to execute the stored code. The TCU/OBU integrates embedded logic that enables the collection and interpretation of motion data captured from integrated accelerometers, orientation sensors, and vehicle-connected interfaces. This hardware–software architecture supports real-time event detection, spatial-orientation analysis, and automated safety and reporting functions within the vehicle environment. Public documentation for Frotcom's telematics and video-telematics systems confirms the use of onboard processors and memory components, together with cellular and GNSS communication modules, within a Linux-based embedded operating environment. These systems perform localized motion-data

acquisition, onboard signal interpretation, and automated alert generation, demonstrating functionality consistent with the claimed architecture and supporting real-time telematics and safety-monitoring operations within Frotcom's platform.

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

Frotcom's telematics and video-telematics solutions include program instructions that, when executed, initiate a first mode of operation upon detection of preliminary motion activity through integrated accelerometers, impact sensors, or roll sensors. This first mode activates a sensor-driven investigation process that captures and logs initial motion-event data related to sudden acceleration, tilt variations, or abnormal vehicle dynamics. The captured data set consists of raw or processed sensor inputs collected from embedded detection elements and vehicle CAN-Bus interfaces, corresponding to early indicators of unusual movement or directional shifts. These motion events establish an initial investigative state, during which the telematics device evaluates real-time sensor data to characterize baseline motion conditions prior to any automated response or escalation within the telematics platform. Public documentation for Frotcom's telematics and video-telematics systems confirms their use of embedded Linux-based processing, CAN-FD connectivity, and multi-sensor integration, supporting real-time motion detection and event-data collection consistent with the claimed first-mode functionality for early-stage motion monitoring and analysis.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

Frotcom's telematics and video-telematics solutions include programmed instructions configured to evaluate first-captured motion data and determine whether such data may indicate a safety-relevant event or vehicle condition requiring further action. The onboard system continuously

monitors real-time inputs from integrated accelerometers, impact sensors, and orientation sensors, assessing acceleration changes, tilt behavior, and directional-force variations representative of vehicle dynamics. When sensor outputs exceed predefined detection thresholds—such as those associated with sudden impacts, rapid deceleration, or irregular motion patterns—the system determines that the motion activity may represent an abnormal or potentially unsafe event. This satisfies the requirement for identifying motion conditions that justify initiation of a safety response or event escalation. Public documentation for Frotcom's telematics and video-telematics systems confirms implementation of multi-axis motion sensing, threshold-based processing, and embedded logic for detecting and classifying motion events. These systems support automated alert generation and data transmission through cellular and GNSS connectivity, consistent with the claimed functionality for event evaluation and safety-response initiation within Frotcom's integrated telematics framework.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

Frotcom's telematics and video-telematics solutions execute programmed instructions that, upon determining that first-captured motion data may indicate an abnormal or safety-critical activity, initiate a second mode of operation. This mode activates an enhanced investigation process that continues utilizing data from integrated accelerometers, impact sensors, and orientation sensors, while incorporating additional inputs from the vehicle's CAN-Bus system or other connected interfaces. During this second mode, the system may apply higher sampling frequencies or refined signal-processing algorithms to improve interpretation of the detected motion event. The purpose of this enhanced state is to capture detailed, high-resolution sensor data that more accurately represents the nature and intensity of the underlying condition, enabling automated event

escalation and real-time reporting through Frotcom's telematics platform. Public documentation for Frotcom's telematics and video-telematics systems confirms support for Linux-based embedded computation, CAN-FD integration, and cellular/GNSS connectivity, which together enable localized event refinement, real-time motion analysis, and automated alert communication. These capabilities are consistent with the claimed functionality for multi-stage motion detection and enhanced data-processing behavior within Frotcom's onboard telematics architecture.

**46.**

Claim 8 of the '951 Patent, for example, recites:

> *8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

Frotcom's telematics and video-telematics solutions include computer program code configured to compare first and/or second motion data with reference data to enable accurate event detection within the vehicle's operating environment. Motion inputs captured by integrated accelerometers and orientation-sensing components—including those representing sudden deceleration, directional variation, or instability—are processed and evaluated against predefined reference profiles that establish baseline motion conditions and threshold parameters for identifying safety-relevant events. By comparing current sensor outputs to this reference framework, the telematics unit detects abnormal motion patterns and critical deviations indicative of potential safety incidents, triggering automated alert generation and data transmission to remote monitoring platforms as part of Frotcom's integrated telematics safety architecture. Public documentation for Frotcom's telematics and video-telematics systems confirms the use of embedded Linux-based processing, CAN-bus data integration, and cellular/GNSS communication modules that support localized comparison of sensor data to reference thresholds for real-time behavioral assessment

and event reporting. These characteristics are consistent with the claimed functionality for reference-based motion analysis and automated telematics response activation within Frotcom's onboard processing framework.

**47.**

Claim 9 of the '951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

Frotcom's telematics and video-telematics solutions improve motion-event detection by applying comparison logic in the time domain, frequency domain, or both, depending on the vehicle's operating context. Motion data captured from integrated accelerometers and orientation sensors is evaluated over defined sampling intervals to identify temporal variations indicative of acceleration, deceleration, or tilt-related dynamics. Time-domain analysis enables the system to monitor changes in signal amplitude and duration corresponding to driver-behavior or motion events, while frequency-based interpretation may be used to detect recurring or high-intensity signal patterns associated with abnormal or safety-relevant vehicle movement. This multi-domain analytical approach enhances the telematics unit's ability to differentiate normal driving conditions from irregular motion activity, supporting real-time event detection and automated alert initiation. Public documentation for Frotcom's telematics and video-telematics systems confirms embedded Linux-based processing, multi-axis sensor integration, and CAN-FD data evaluation, enabling continuous time-based and signal-pattern analysis of motion inputs for event classification and behavioral assessment. These features are consistent with the claimed functionality for multi-domain motion processing and automated safety reporting within Frotcom's telematics framework.

eXX

**48.**

Independent Claim 10 of the '951 Patent, shown in italics, recites:

> *10. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Frotcom's telematics and video-telematics solutions qualify as wireless communications devices comprising one or more memory components configured to store executable computer program code and one or more processors configured to execute that code. This configuration supports integrated vehicle safety, motion-event detection, and telematics operations. The TCU/OBU includes embedded logic for processing motion-related data obtained from integrated accelerometers and orientation sensors, as well as from external vehicle interfaces such as the CAN-Bus system. These capabilities enable continuous sensor-data acquisition and onboard processing to support event detection, automated alert generation, and vehicle-condition monitoring. The memory and processor components are central to the device's ability to collect, interpret, and wirelessly transmit motion and event data in real time within its embedded telematics and communications framework. Public documentation for Frotcom's telematics and video-telematics systems confirms the presence of integrated wireless communication modules (LTE and GNSS), onboard processors and memory, and a Linux-based embedded software platform that enables real-time motion analysis and remote data reporting. These systems operate as wireless-enabled telematics units, performing localized safety processing and automated event communication consistent with the claimed functionality.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

Frotcom's telematics and video-telematics solutions include programmed instructions configured to generate data from one or more onboard sensors, including integrated accelerometers and orientation-sensing components. These sensors continuously monitor vehicle-motion characteristics such as acceleration variation, tilt, and angular orientation. The resulting real-time motion data reflects the vehicle's dynamic operating conditions and supports identification of motion-related events, including abrupt directional changes, instability, or other safety-relevant movement patterns. The generated data captures physical variations and directional forces acting within the vehicle environment, enabling the system to evaluate motion states and driver-related activity relevant to safety monitoring and operational analysis. Public documentation for Frotcom's telematics and video-telematics systems confirms the use of multi-axis accelerometer and orientation-sensor integration, CAN-bus connectivity, and Linux-based embedded computation, which enable continuous data collection, processing, and motion-event generation for vehicle-state and driver-behavior evaluation, consistent with the claimed functionality.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

Frotcom's telematics and video-telematics solutions execute programmed instructions that select a mode of operation from a set of predefined modes based on motion data indicative of vehicle activity or driving dynamics. When abnormal motion events—such as sudden impact, abrupt deceleration, or tilt deviation—are detected through integrated accelerometers and orientation sensors, the system transitions from a standard monitoring state to an enhanced operational mode. This transition activates a secondary investigation process aligned with the detected condition, including higher-resolution data sampling, real-time alert preparation, and communication readiness for transmission to remote control centers or cloud services. Each operational mode

applies distinct data-handling, analysis, and reporting behaviors based on live motion inputs, enabling the telematics unit to autonomously adjust processing operations to match the severity and context of detected events. Public documentation for Frotcom's telematics and video-telematics systems confirms the use of embedded Linux-based logic, multi-sensor CAN-FD integration, and automated workflow transitions that enable real-time event escalation, adaptive data processing, and alert communication. These capabilities are consistent with the claimed functionality for mode-based operational adaptation and safety-event management within Frotcom's telematics architecture.

*instructions to communicate the data to a remote computer system.*

Frotcom's telematics and video-telematics solutions include programmed instructions configured to communicate motion-related data—including impact-detection results, motion-event indicators, and directional-force information—captured from integrated accelerometers and orientation sensors to one or more remotely located computer systems. This communication occurs through cellular and wireless channels, such as GSM, GPRS, or LTE, utilizing the telematics unit's integrated connectivity modules for real-time data exchange and fleet coordination. The transmitted information may include event alerts, positional coordinates, and activity identifiers that are delivered to remote monitoring or fleet-management platforms. This functionality supports real-time safety awareness, incident reporting, and centralized data synchronization consistent with the telematics unit's event-driven communication architecture. Public documentation for Frotcom's telematics and video-telematics systems confirms the integration of LTE and GNSS communication modules enabling automated event reporting and location transmission to remote servers. These capabilities align with the claimed functionality for wireless communication of motion-related data and remote event management within Frotcom's connected telematics framework.

## COUNT IV

## DIRECT INFRINGEMENT OF THE '273 PATENT

### 49.

Plaintiff incorporates by reference the allegations of Paragraphs 1-15.

### 50.

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '273 Patent, through, among other activities, making, using, and incorporating into Defendant's telematics systems automatic programs for monitoring human activities while driving.

### 51.

Independent Claim 1 of the '273 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

The Telematic Control Unit (TCU/OBU) executes programmed code to receive a time value and three corresponding streams of data sample values from an integrated tri-axis accelerometer. Each stream represents acceleration along one of the three orthogonal axes—$x$, $y$, and $z$—within a defined three-dimensional coordinate system. Each data sample value is paired with a corresponding time value, enabling the system to construct a synchronized temporal profile of motion across all axes. This time-aligned inertial data is collected during vehicle operation to support motion tracking for crash detection, directional impact assessment, and safety event triggering, and serves as the input for subsequent analysis including reference modeling and motion-activity determination. Frotcom's Telematic Box Module (TBM2) and ProConnect telematics systems are equipped with embedded Linux-based processors and CAN-FD data

integration, supporting the collection and time-correlated processing of tri-axis motion data for event analysis. Frotcom's patent materials and technical documentation describe CPU-level logic for multi-axis acceleration processing to determine collision occurrence and orientation, consistent with the receipt, synchronization, and analysis of three-dimensional motion data as outlined in this claim.

> *recognizing a particular set of data sample values as a reference in the 3D coordinate system for defining a relationship between an orientation of the WCD and a two dimensional (2D) coordinate system;*

Defendant's telematics calculates accelerometer $x$, $y$ and $z$ axis data that totals the constant gravity acceleration. The acceleration from gravity may be removed by reducing the amount from each axis or the total amount when combining all three axis. Determining the vertical direction of gravity provides an orientation of the smartphone in a two dimensional measurement system.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the 2D coordinate system;*

Frotcom's telematics and video-telematics solutions include programmed logic that computes reference data based on acceleration input received along the $x$, $y$, and $z$ axes from integrated motion sensors. This reference data defines a stable orientation framework representing the telematics device's baseline motion state during initial vehicle operation. The computation accounts for background conditions such as tilt and static acceleration, enabling subsequent three-dimensional motion data to be interpreted relative to a consistent spatial reference. This reference framework serves as the basis for comparing time-aligned motion signals within a normalized coordinate system to support orientation-aware motion interpretation and behavior analysis. Publicly available documentation for Frotcom's telematics and video-telematics systems confirms that their onboard processors perform multi-axis motion analysis and reference modeling using

CAN-bus connectivity and embedded processing. These capabilities substantiate the use of an internal reference framework for continuous, real-time interpretation of motion and orientation within Frotcom's telematics architecture.

> *calculating movement data in the 2D coordinate system of one or more*
> *other non-reference data sample values based upon the reference data; and*

Frotcom's telematics and video-telematics solutions include programmed code configured to calculate movement data for each three-dimensional data set by evaluating it in relation to previously computed reference data. Each set of $x$, $y$, and $z$ axis acceleration values is processed within the established reference framework, enabling the system to extract motion-related characteristics such as directional change, magnitude variation, and orientation shift. The resulting movement data represents deviations from the telematics device's baseline orientation in a normalized form, providing a structured foundation for subsequent motion interpretation and driver-behavior analysis. Public documentation for Frotcom's telematics and video-telematics systems confirms the use of embedded processors and vehicle-bus (OBD/CAN) integration to support localized computation and normalization of multi-axis motion data in real time. These capabilities are consistent with the described processing logic for producing normalized motion information used in Frotcom's behavioral and operational analytics framework.

> *determining a moving thing motion activity (MTMA) associated with the*
> *MT based upon the movement data.*

Frotcom's telematics and video-telematics solutions include programmed code that identifies a motion activity associated with the vehicle by analyzing normalized movement data derived from prior processing steps. The system evaluates characteristics of the normalized acceleration data—such as directional change, magnitude, and duration—against predefined motion thresholds to determine whether the movement corresponds to a recognized vehicle behavior pattern. This classification logic enables the telematics platform to distinguish between ordinary driving

maneuvers and notable motion events, supporting driver-behavior analysis, safety scoring, and event-based reporting.  Publicly available documentation for Frotcom's telematics and video-telematics systems confirms that their devices perform onboard motion analysis and behavior classification, supported by embedded processors and cellular/GNSS connectivity for real-time communication and fleet-level reporting.  These systems execute localized evaluation of motion characteristics and transmit event results to Frotcom's cloud platform, consistent with the claimed functionality for motion-activity identification and telematics-based safety assessment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the '846 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '558 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the'951 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been infringed either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '846, '558,'951, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patents-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated:  November 25, 2025

*/s/ Brett T. Cooke*
Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*ATTORNEY FOR PLAINTIFF*